1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CHRISTOPHER NATHANIEL                   No.  2:20-cv-2261 AC P
      WASHINGTON
12
                         Plaintiff,
13                                            ORDER
               v.
14
      RALPH DIAZ, et al.,
15
                         Defendants.
16

17

18          Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief under 42

19    U.S.C. § 1983.  The action was referred to a United States Magistrate Judge pursuant to 28 U.S.C.

20    § 636(b)(1)(B) and Local Rule 302.

21          On January 13, 2022, plaintiff notified the court that he wishes to proceed on the claims of

22    the complaint which were found on screening to state a claim for relief.  ECF No. 12 (plaintiff's

23    Notice on How to Proceed).  Specifically, plaintiff wishes to proceed on his First Amendment

24    retaliation and Eighth Amendment endangerment/failure to protect claims against Defendants

25    Emerson and Codes without amending the complaint.  Id.  Plaintiff acknowledges that this

26    decision constitutes a voluntarily dismissal without prejudice of his claims against Defendants

27    Diaz, Covello, Mesa and Casilla.  Id.

28    ////

                                             1

1    Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall:

2    1.   Construe Plaintiff's Notice on How to Proceed (ECF No. 12) as a VOLUNTARY

3    DISMISSAL of Defendants Ralph Diaz, Patrick Covello, T. Mesa and E. Casilla pursuant to

4    Federal Rule of Civil Procedure 41(a)(1)(A)(i), and

5    2.   Update the docket accordingly.

6    DATED: January 27, 2022

7    _____
     ALLISON CLAIRE
8    UNITED STATES MAGISTRATE JUDGE