UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER NATHANIEL WASHINGTON,<br><br>         Plaintiff,<br><br>     v.<br><br>RALPH DIAZ, et al.,<br><br>         Defendants. | No.  2:20-cv-2261 AC P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983. Plaintiff alleges that defendants retaliated against him in violation of his First Amendment rights and that they failed to protect him in violation of his Eighth Amendment rights. ECF No. 1.

On May 26, 2022, defendants filed a motion to opt out of the post-screening ADR Project. ECF No. 25. After reviewing the motion, the court finds good cause to grant it.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out of the ADR Project (ECF No. 25) is GRANTED, and the stay of this action (ECF No. 24) is LIFTED, and

////

////

1

2. Within twenty-one days from the date of this order, defendants shall file a responsive pleading.

DATED: May 31, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE