UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER NATHANIEL WASHINGTON,<br><br>             Plaintiff,<br><br>     v.<br><br>RALPH DIAZ, et al.,<br><br>             Defendants. | No.  2:20-cv-2261 AC P<br><br><br>ORDER |

On July 20, 2022, the court granted plaintiff's motion filed July 11, 2022, to the extent that it moved to amend the complaint. ECF No. 34. As a result, plaintiff was given thirty days to amend. Id. at 4.

On August 5, 2022, plaintiff filed the instant motion to amend the complaint along with a first amended complaint. ECF Nos. 39, 40. Because the time period provided to file an amended complaint had not expired at the time plaintiff filed the instant motion to amend, the motion is unnecessary. It will therefore be denied as moot.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to amend the complaint (ECF No. 39) is DENIED as moot.

DATED: August 29, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE