IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER NATHANIEL WASHINGTON,**<br><br>Plaintiff,<br><br>v.<br><br>**RALPH DIAZ, et al.,**<br><br>Defendants. | Case No. 2:20-cv-2261 KJM AC P<br><br>[PROPOSED] **ORDER GRANTING REQUEST TO SEAL ECF NO. 80** |

    Defendants Coder and Emerson (Defendants) have moved for the Court to place ECF No. 80 under seal. ECF No. 82. The signature block of ECF No. 80 contains Defendants' first names. Defendants' first names are considered sensitive information and need to remain under seal for safety and security reasons.

    Defendants have re-filed the content of ECF No. 80 without Defendants' sensitive information as ECF No. 81 and have served the same on Plaintiff. <u>See</u> ECF No. 82 at 2.

    Good cause appearing, the Court **GRANTS** Defendants' request to seal ECF No. 80 (ECF No. 82).

////

////

1

The Clerk is directed to keep the ECF No. 80 under seal for the duration of this litigation and then destroy the records at the conclusion of the case or return it to defense counsel for disposal. Only Defendants, Defendants' counsel, and the Court are permitted access to the documents.

Dated: July 14, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2

[Proposed] Order re. Defs.' Req. to Seal ECF No. 80 (2:20-cv-2261 KJM AC P)