UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER NATHANIEL WASHINGTON,<br><br>    Plaintiff,<br><br> v.<br><br>RALPH DIAZ, et al.,<br><br>    Defendants. | No. 2:20-cv-2261 KJM AC P<br><br><u>ORDER</u> |

  Plaintiff, a state prisoner, has filed a motion requesting an extension of time to respond to defendants' answers. ECF No. 99.

  The Federal Rules of Civil Procedure do not provide for a reply to an answer absent an order from the court. Fed. R. Civ. P. 12(a)(1)(c). The court has not ordered a reply to the answer and plaintiff has not identified any grounds warranting a reply. The request for an extension of time to reply to the answer will therefore be denied.

  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time to reply to defendants' answers (ECF No. 99) is DENIED.

DATED: October 12, 2023

                 /s/ Allison Claire
                 ALLISON CLAIRE
                 UNITED STATES MAGISTRATE JUDGE