1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER NATHANIEL              No.  2:20-cv-2261 KJM AC P
     WASHINGTON,
12
                    Plaintiff,
13                                      ORDER
              v.
14
     RALPH DIAZ, et al,
15
                    Defendants.
16

17
           Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C.
18
     § 1983, has filed motions for discovery along with requests for production and accompanying
19
     definitions and instructions.  ECF Nos. 104-108, 110.
20
           By order filed October 10, 2023, the undersigned set a schedule for discovery in this case.
21
     ECF No. 98.  That schedule included a December 4, 2023, deadline for serving written discovery
22
     requests, such as requests for production, and explicitly instructed that discovery requests were
23
     not to be filed with the court except as required by Local Rules 250.1, 250.2, 250.3, and 250.4.[1]
24
     ECF No. 98 at 5-6.  Because the court has already issued an order opening discovery and the
25
     deadline for serving written discovery requests has not yet passed, plaintiff does not require leave
26

27
     _____
28   [1]  The Local Rules state that discovery requests are not to be filed with the court unless there is a
     proceeding in which they are at issue.

                                                1

1   of the court to serve his requests for production or any other written discovery and his motions

2   will be denied as unnecessary.  The requests for production and their accompanying instructions

3   and definitions will also be stricken from the record.  Plaintiff is advised that he must serve his

4   discovery requests on defendants' counsel and should not file them with the court unless they are

5   being used as evidence in support of or in defense against a motion.

6        Accordingly, IT IS HEREBY ORDERED that:

7        1.  Plaintiff's motions for discovery (ECF No. 104, 109) are DENIED; and

8        2.  The Clerk of the Court is directed to STRIKE plaintiff's requests for production and

9   accompanying definitions and instructions (ECF Nos. 105, 106, 108, 110) from the record.

10  DATED: November 3, 2023

11

12  ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28