FILED

1

2          United States District Court

3          Eastern District of California
                                              JAN 03 2025
4
                                              CLERK, U.S. DISTRICT COURT
                                              EASTERN DISTRICT OF CALIFORNIA
5   Christopher Nathaniel                     BY
                                                  DEPUTY
6   Washington                    Case # 2:20-cv-2261

7              plaintiff      Plaintiff's notice of Motion Requesting

8         vs                  leave to submit a Motion for Judgment

9   Ralph Diaz                & Trial by Consent, pursuant to FRCiv.P

10            Defendant's     Rule # 50, FRCivp Rule # 73, and LR # 291, and

11                            LR # 301

12

13  Comes now

14  Above stated plaintiff christopher nathaniel washington in this

15  Matter which was originally submitted into This Court on or about

16  November-12-2020 under Title 42 use section 1983, As a sub-

17  sequent to any other proceedings this plaintiff initially submitted

18  A proper and concise Demand for A Jury Trial pursuant to F.R

19  civ.p Rule # 38(b), from which This Court has never Responded

20  To, Therefrom Triggering an ultimate Motion Titled FRCiv. Rule # 50

21  "Inter Alia"

22

23  This plaintiff is currently now Requesting that this Court

24  grant an order for an Entry of final Judgment in Accordences

25  with FRCivpRule # 75 in that this said plaintiff submits to the

26  clerk of this court in the interest of Justice.

27

28

                    page # 1 of 2

Christopher H. Washington
"HDSP Case 2:20-cv-02261-KJM-AC Document 139 Filed 01/03/25 Page 2 of 3
Susanville CA. 96127
Case 2:20-cv-2261 plaintiff's Motion pursuant
To LR #301/LR #291/ FRCivp #73/ & FRCivp # 50/

" Continued "

1. the plaintiff already above identifide also and hereby Request
2. The Rule of liberal Construction, Notwithstanding all provisions
3. and Rules of this court Regarding an Entry of Default
4. Judgment pursuant To F.R.Civp Rule # 55 (a)(2).

6. This plaintiff hereby Moves This court To Enter A Judgment
7. in favor of said plaintiff As This Request is appropriate
8. Especially for The stated Reasons, and Because This Matter
9. is ongoing and has been Since November-12-2020/ upon
10. all other factors © This Court has failed To Respond To this
11. plaintiff's Motions, In support of This Motion we Ask
12. This Court To Take Judicial Notice's of The following Court
13. Rulings See Draper vs. Coombs 792, F2d, 915 (9th Cir 1986)
14. and Eitel vs. McCool 782, F2d 177, 4. FR Serv 60 (9th Cir 1986)

16.          Conclusion and prayer of Relief
17. As This is Not an Issue-Matter of Conjector This plaintiff
18. has suffered injuries from The incident of January 10th 2020
19. and is still suffering from such and will continue To suffer long
20. Term Medical Damages for need of Constructive surgery and Therapy
21. We hereby Request That This court consider The original Request
22. for money Damages and its specific Sum, Alternatively
23. A Motion pursuant To FRCivp Rule # 55 (b) Notice is hereby
24. © given, for Default with A Request for Sanctions
25. However please currently consider any Material issues & facts For
26. substantial reasons for This courts failure To Respond and if such
27. failures has any particular way may have prejudiced This case
28. Respectfully submitted by

Christopher N. Washington    Date 12/24/2024

## Proof of Service By Mail

I plaintiff "Christopher Nathaniel Washington"
in The matter and Titled case Name and Number

Washington vs Diaz case# 2:20-cv-2261 currently
now pending in This court

I am over The age of 18 yrs and my current
Address is as follows
                Christopher Washington #P72851
                HDSP- PO Box# 3030
                Susaville CA. 96127
and That on
            12-24-2024   I submitted The
following Documents To This court By placing
Said Documents inside of envelope pre-Addressed and
pre-Stamped To the following interested persons

United states District court          |  Attie to The state
Eastern District of California         |  Attorney General
501 "I" Street Suite # 4-200           |  455 Golden Gate Ave
Sacramento CA. 95814-2322              |  #11000
                                       |  San Francisco CA
Respectfully Submitted by              |  96127-3030

Christopher Washington

                                Dated 12/24/2024