UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER NATHANIEL WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>RALPH DIAZ, et al.,<br><br>Defendants. | No. 2:20-cv-2261 KJM AC P<br><br>ORDER |

Pending before the court is plaintiff's sixth request and/or motion for a jury trial. ECF No. 143. The motion will be denied as unnecessary.

For the sake of clarity, the court provides an overview of plaintiff's prior requests and/or motions for a jury trial and this court's rulings and advisals. On July 28, 2022, and August 1, 2022, plaintiff filed a demand and a request for jury trial. See ECF Nos. 35, 27. On August 3, 2022, the court denied plaintiff's request and informed plaintiff that "**no motion for a jury trial is required. A jury trial will be scheduled in due course, if and when the case proceeds to the trial setting stage.**" ECF No. 38 at 2. Despite the court's advisal, plaintiff filed additional requests and motions for a jury trial on June 3, 2024, August 21, 2024, and January 31, 2025. ECF Nos. 134, 136, 141. On March 10, 2025, the court denied plaintiff's motion for a jury trial and final judgment. ECF No. 142 at 13. The court informed plaintiff that "[t]rial setting will follow in due course pursuant to the Federal Rules of Civil Procedure, the Local Rules of this

1

court, and the operative scheduling order in this case." Id.  On March 13, 2025, the court received plaintiff's sixth motion for a jury trial from plaintiff.  ECF No. 143.

**Plaintiff is reminded that no motion for jury trial is required.  The docket for this case already reflects plaintiff's demand for a jury trial, and the court notes that defendants have also demanded a jury trial.**  See ECF Nos. 30, 95, 96.

Plaintiff is further informed that the undersigned's findings and recommendations recommending that defendants' motion for summary judgment be granted in part and denied in part are pending before the district judge.  ECF No. 142.  The court has received plaintiff's objections.  ECF No. 144.  The district judge will review the objections and decide whether to adopt in full, adopt in part, or reject the undersigned's findings and recommendations.  Once the district judge issues her order, the court will proceed to schedule a post-dispositive motion settlement conference, and if the case does not settle, a *jury trial* will be scheduled in due course.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a jury trial (ECF No. 143) is DENIED as unnecessary.  **Plaintiff does not need to, nor should he, file any more motions demanding a jury trial in this case.**

DATED: May 12, 2025

                                                                            ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE