UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER NATHANIEL WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>RALPH DIAZ, et al.,<br><br>Defendants. | No. 2:20-cv-2261 KJM AC P<br><br>ORDER |

On July 28, 2025, a settlement conference was held before Magistrate Judge Sean C. Riordan. ECF No. 152. All parties were present, and the case settled. Id. The court ordered dispositional documents to be filed within thirty (30) days, by August 27, 2025, and vacated all other deadlines and/or hearings. Id. Dispositional documents have not been filed.

Accordingly, IT IS HEREBY ORDERED that defendants shall show cause, in writing, within fourteen (14) days, why the failure to file dispositional documents should not result in an order setting this case for trial.

DATED: September 8, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE