UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CHRISTOPHER NATHANIEL WASHINGTON, | No. 2:20-cv-2261 KJM AC P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| RALPH DIAZ, et al., | |
| Defendants. | |

On July 28, 2025, a settlement conference was held before Magistrate Judge Sean C. Riordan. ECF No. 152. All parties were present, and the case settled. Id. Pending before the court is the parties' joint motion to dismiss. ECF No. 155.

IT IS HEREBY ORDERED that the parties' motion (ECF No. 155) is GRANTED. This action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The Clerk of the Court is directed to close this matter.

DATED: September 22, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE