UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER NATHANIEL WASHINGTON,

Plaintiff,

v.

RALPH DIAZ, et al.,

Defendants.

No. 2:20-cv-02261 KJM AC P

ORDER AND

FINDINGS & RECOMMENDATIONS

On September 8, 2025, Magistrate Judge Claire granted the parties' joint motion to dismiss this action without prejudice in light of their settlement agreement. ECF No. 156. On December 10, 2025, plaintiff filed a motion for enforcement of judgment alleging that he had yet to receive the settlement proceeds. ECF No. 157. Defendants filed a response explaining that they have until January 24, 2026, to satisfy their obligations under the settlement agreement. ECF No. 159. Defendants subsequently confirmed in a sworn declaration that payment was remitted to plaintiff on January 12, 2026. ECF No. 161. As it is apparent that plaintiff's motion is now moot, the undersigned recommends that it be dismissed.

Accordingly, IT IS HEREBY ORDERED that in light of Judge Mueller's retirement, the Clerk of the Court shall randomly reassign a District Judge to this action.

Additionally, IT IS HEREBY RECOMMENDED that plaintiff's motion for enforcement of judgment (ECF No. 157) be DENIED as moot.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 13, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE