UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER NATHANIEL WASHINGTON,

Plaintiff,

v.

RALPH DIAZ, et al.,

Defendants.

No. 2:20-cv-2261 DJC AC P

ORDER

On August 14, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 162. Neither party filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

////

////

1. The findings and recommendations (ECF No. 162) are adopted in full;

2. Plaintiff's motion for enforcement of judgment (ECF No. 157) is DENIED as moot.

IT IS SO ORDERED.

Dated: **September 11, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Wash2261.801